UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BOBBY JOE JOHNSON, JR.,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. C08-5426BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Kelley Arnold, United States Magistrate Judge (Dkt. 30). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) Plaintiff's motions for preliminary injunctive relief (Dkts. 24 and 26) are **DENIED**; and

(3) This case is re-referred to Judge Arnold.

DATED this 27th day of February, 2009.

                              BENJAMIN H. SETTLE
                              United States District Judge

ORDER