AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

BOBBY JOE JOHNSON, JR.

        v.

DEPARTMENT OF CORRECTIONS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5426BHS

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** because Plaintiff has failed to prosecute the matter.

| | |
|---|---|
| December 16, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |